# EXHIBIT C

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BRIAN ERSKINE**, an individual,<br><br>                           Plaintiff,<br><br>        v.<br><br>**FORREST BURKE FENN**, deceased; and **ZOE FENN OLD**, in her capacity as Personal Representative of the Estate of Forrest Burke Fenn,<br><br>                           Defendants,<br><br>**MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION**,<br><br>                           Garnishee. | Case No. 3:23-mc-00815<br><br>**DEBT CALCULATION** |

**TO:    BRIAN ERSKINE (Debtor).**
           1338 Sabatina St.
           Prescott, AZ 86301-7402

The following amounts have been calculated to be owing from you to Forrest Burke Fenn, deceased, and Zoe Fenn Old, in her capacity as Personal Representative of the Estate of Forrest Burke Fenn (Creditor). The amounts are owed by reason of:

Page 1 – DEBT CALCULATION

DCAPDX\4868387.v1

__X__   A judgment entered against you dated September 21, 2023, in Case No. 3:23-mc-00815, United States District Court, the District of Oregon, Portland Division.

_____   Other debt subject to garnishment under the law (provide details):

_____

_____

THE COURT ADMINISTRATOR HAS NOT CALCULATED ANY AMOUNTS FOR THE PURPOSE OF THIS FORM AND IS NOT LIABLE FOR ERRORS IN THIS FORM OR IN THE WRIT OF GARNISHMENT MADE BY THE CREDITOR OR GARNISHOR.

|   | Item | Amount |
|---|---|---|
|   | Original Debt Amount | $ N/A |
| + | Pre-adjudication Interest | $ N/A |
| + | Attorney Fees | $ 98,891.12 |
| + | Cost Bill | $ 1,100.12 |
| + | Post-adjudication Interest | $ 12,003.47 |
| + | Delivery Fee for Writ | $ N/A |
| + | Sheriff's Fees other than Delivery Fees | $ N/A |
| + | Other (Explain. Attach additional sheets if necessary.) | $ N/A |
| + | Total "Other" from additional Sheets (if used) | $ N/A |
| + | Past Writ Issuance Fees | $ N/A |
| + | Past Delivery Fees | $ N/A |
| + | Transcript and Filing Fees for Other Counties | $ N/A |
|   | SUBTOTAL | $ 111,994.71 |
|   | LESS Payments Made on Debt | ($0.00) |
|   | **TOTAL** Amount Required to Satisfy Debt in Full | **$ 111,994.71** |

NOTE: INSERTING ITEMS AND AMOUNTS NOT LAWFULLY SUBJECT TO COLLECTION BY GARNISHMENT MAY RESULT IN LIABILITY FOR WRONGFUL EXECUTION.

Page 2 – DEBT CALCULATION

I certify that I have read this Debt Calculation form and to the best of my knowledge, information and belief the amount shown as owing is correct.

CREDITOR (*Creditor must sign if writ issued by court administrator.*)

DocuSigned by:
*Zoe Fenn Old*
A0D7CD43F28544B...
Zoe Fenn Old, in her capacity as Personal Representative of the Estate of Forrest Burke Fenn

3/1/2024
Dated

GARNISHOR (*Attorney for Creditor or other person authorized by law to issue writ.*)

Joshua D. Stadtler
Email: jstadtler@dunncarney.com
Address: 851 SW Sixth Avenue, Suite 1500, Portland, OR 97204-1357
Telephone: 503.224.6440 | Fax: 503.224.7324
Oregon State Bar Number (if attorney): 131613
Of Attorneys for Creditor

02/29/2024
Dated

Date of Calculation: February 29, 2024.

Page 3 – DEBT CALCULATION

DCAPDX\4868387.v1