# EXHIBIT E

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BRIAN ERSKINE**, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**FORREST BURKE FENN**, deceased; and **ZOE FENN OLD**, in her capacity as Personal Representative of the Estate of Forrest Burke Fenn,<br><br>　　　　　　　　　Defendants,<br><br>**MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION**,<br><br>　　　　　　　　　Garnishee. | Case No. 3:23-mc-00815<br><br>**ORDER FOR ISSUANCE OF WRIT OF GARNISHMENT (MORGAN STANLEY)** |

　　THIS MATTER came before the Court upon defendants Forrest Burke Fenn, deceased, and Zoe Fenn Old, in her capacity as Personal Representative of the Estate of Forrest Burke Fenn's ("Defendants") Application for Issuance of Writ of Garnishment.

　　THE COURT FINDS that judgment has been entered in Defendants' favor and against plaintiff Brian Erskine ("Judgment Debtor"), and that such judgment remains wholly unpaid; and

　　THE COURT FURTHER FINDS that based on the Application for Writ of Garnishment, Defendants have requested that the court issue a Writ of Garnishment to Morgan Stanley Private Bank, National Association ("Morgan Stanley").

Page 1 – ORDER FOR ISSUANCE OF WRIT OF GARNISHMENT (MORGAN STANLEY)
DCAPDX\5024965.v1

NOW, THEREFORE, it is hereby ORDERED as follows:

A. Defendants shall be granted a Writ of Garnishment to be served on Morgan Stanley.

    a. Defendants shall serve the Writ of Garnishment on Morgan Stanley by certified mail, return receipt requested.

    b. At the same time Defendants serve the Writ of Garnishment on Morgan Stanley, pursuant to ORS 18.600 through ORS 18.850, Defendants will also serve on Morgan Stanley forms of Garnishee Response and Wage Exemption Calculation, and Debt Calculation.

B. At the same time Defendants serve the Writ of Garnishment on Morgan Stanley, Defendants shall also mail to Judgment Debtor by certified mail, return receipt requested, at his last known address, the following documents:

    a. A copy of the Clerk's Certification of a Judgment to be Registered in Another District, and Judgment on Attorney Fees, entered in this case on September 21, 2023 (ECF No. 1);

    b. Copies of the Writ of Garnishment; Garnishee Response; and Wage Exception Calculation; and the original of the Debt Calculation; and

    c. A Challenge to Garnishment and Notice of Exempt Property.

**IT IS SO ORDERED**.

Dated: _____

_____
United States District Judge

<u>Submitted By:</u>
Joshua D. Stadtler, OSB No. 131613
Email: jstadtler@dunncarney.com
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
Telephone: 503.224.6440
Fax: 503.224.7324
Of Attorneys for Defendants